UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINUS HOLDING CORP., : <br> : <br> Plaintiff, :    Civil No. 17-3694 (FLW)(DEA) <br> v. : <br> :    **ORDER** <br> MARK LINE INDUSTRIES, LLC., et al., : <br> : <br> Defendants. : | |

This matter comes before the Court on the following Motions: (a) a Motion by Reed Smith LLP ("Reed Smith"), Henry Reichner, Esq. appearing, for leave to withdraw as counsel for Defendant Mosaic Capital Group, Inc. ("Mosaic")[1]; as well as (b) a Cross-Motion by Plaintiff to compel the production of discovery. [ECF no.'s 42, 43]. While the Court recognizes that Plaintiff's relief is sought by way of Cross-Motion, for purposes of simplicity, the Court will address Plaintiff's application prior to the withdrawal Motion. In that connection, for the reasons stated during the parties' telephone conference with the Court on February 5, 2018, and for good cause shown:

**IT IS** on this 6th day of February, 2018,

**ORDERED THAT**:

1. Plaintiff's Cross-Motion to compel discovery is **GRANTED**. Within 30 days of the date herein, Defendants shall respond to the deficiencies raised by Plaintiff by providing more specific interrogatory answers; to the extent they exist, Defendants shall also supplement their document production by searching and inquiring for any additional responsive, non-privileged documents.

---

[1] The named Defendants in this action also include the managing principals and directors of Mosaic, (a) Joseph C. Blockno and (b) Christopher Remke, as well as (c) Mark Line Industries, LLC (cumulatively referred to as "Defendants"). Although Reed Smith withdrew its appearance on behalf of the latter two Defendants, they have subsequently secured other counsel. [ECF No. 30].

2. If supplemental interrogatory answers or additional documents cannot be provided, Defendants shall submit a certification identifying the diligent, good-faith efforts undertaken to fully comply with their discovery obligations.

3. The Motion to be relieved as counsel is conditionally **GRANTED**, subject to compliance with the above stated obligations. A copy of this Order shall be promptly served on each Defendant by electronic mail, as well as ordinary and certified U.S. Mail.

4. The deadline to complete fact discovery is extended to July 31, 2018. Any Motion to amend the pleadings or add parties must be filed by May 31, 2018.

5. The Court will hold a telephone status conference on April 16, 2018 at 10:30 A.M., during which a schedule for expert discovery and the filing of any dispositive motions will be set. Defense counsel must initiate the call.

/s/ Douglas E. Arpert
DOUGLAS E. ARPERT
United States Magistrate Judge