# ReedSmith

Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Tel +1 215 851 8100
Fax +1 215 851 1420
reedsmith.com

**Henry F. Reichner**
Direct Phone: +1 215 851 8266
Email: hreichner@reedsmith.com

*order*

April 16, 2018

**VIA OVERNIGHT MAIL**

The Honorable Douglas E. Arpert
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building &
U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RECEIVED
APR 18 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re: **Linus Holding Corp. v. Mark Line Industries, LLC, et al.**
  **Case No. 3:17-cv-03694-FLW/DEA**

Dear Judge Arpert:

Pursuant to your direction, this will confirm a portion of what transpired on the status call held today. Specifically, the Court had conditioned the granting of Reed Smith's motion to withdraw from representing Defendant Mosaic Capital Group, Inc. ("Mosaic") in this case upon compliance with certain conditions in the Court's Order on Plaintiff's Motion to Compel. All counsel on the phone agreed that the conditions in the Court's Order had been satisfied and that an Order should now be entered confirming that and confirming that myself and Reed Smith are no longer representing Mosaic in this case (with the Clerk being instructed to mark the docket to reflect that myself and Reed Smith no longer represent Mosaic).

Respectfully,

*/s/ Henry F. Reichner*
Henry F. Reichner

HFR:rp

cc: Mosaic Capital Group, Inc.
  All Counsel of Record

SO ORDERED:

_____
USMJ.

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-140029559.1-HFREICHN 04/16/2018 4:58 PM