

**P**OLSINELLI

600 Third Avenue, 42nd Floor, New York, NY 10016 • (212) 684-0199

July 23, 2018

Jason A. Nagi
(212) 644-2092
(212) 684-0197 Fax
jnagi@polsinelli.com

<u>**Via Electronic Filing**</u>

Honorable Freda L. Wolfson
United States District Judge
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

IT IS SO ORDERED:

_(signature)_    7/24/18

FREDA L. WOLFSON, U.S.D.J.

Re:   *Linus Holding Corp., v. Mark Line Industries, LLC, et al.*, Case No. 17-cv-3694
(FLW) (DEA)

Dear Judge Wolfson:

I am counsel for Kory Reimann, a defendant in the above-referenced litigation.  I write, with the consent of Mr. Andrew Karas, Esq., counsel for plaintiff, to request a 30 day extension of time to respond to the first amended complaint, until August 23, 2018.  We believe Mr. Reimann was served with process on June 29, 2018, making a response due today.

This is Mr. Reimann's first request for an extension of time.  Should Your Honor prefer that we provide a stipulation, we will do so upon request.

Sincerely,

_(signature)_

Jason A. Nagi

cc:   <u>Via Email</u>
Andrew Karas, Esq. (counsel for plaintiff)

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Nashville   New York   Phoenix
St. Louis   San Francisco   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California

64595672.1