

**Fox Rothschild** LLP
ATTORNEYS AT LAW

49 Market Street
Morristown, NJ 07960
T: 973.992.4800 F: 973.992.9125
www.foxrothschild.com

**Marissa Koblitz Kingman**
Direct Dial: (973) 548-3316
Email Address: mkingman@foxrothschild.com

August 24, 2018

**VIA E-COURTS AND
ELECTRONIC MAIL**

Clerk of the Court, William T. Walsh
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Honorable Freda L. Wolfson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Honorable Douglas E. Arpert, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: **Linus Holding Corp. v. Mark Line Industries,** *et al*
    **Civil Action No.: 3:17-cv-03694**

Dear Mr. Walsh:

As You are aware, we represent plaintiff, Linus Holding Corp. ("Plaintiff") in the above referenced matter. We write to request an adjournment of MCG Cane Bay, LLC's Motion to Dismiss the Complaint, Kory Reimann's Motion to Dismiss the Complaint, and BMB-MCG, LLC's Motion to Dismiss the Complaint (collectively "Motions") pursuant to L.Civ.R. 7.1(d)(2).

The Motions are currently returnable on September 17, 2018. The Motions have not been previously extended or adjourned. The next available motion date is October 1, 2018.

62111531



Clerk of the Court, William T. Walsh
August 24, 2018
Page 2

    If you need any additional information, please feel free to contact me directly. Thank you for your attention to this matter.

Respectfully submitted,

Marissa Koblitz Kingman

cc: Jonathan M. Ettman, Esq. (via email)

62111531